UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROLEX WATCH U.S.A., INC.,

    Plaintiff,

v.

APR57.COM, INC. d/b/a APR57 and
LEE ROSENBLOOM,

    Defendants.

CASE NO. 1:19-cv-07514-JSR

[Proposed] ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/20

JED S. RAKOFF, U.S.D.J.

Plaintiff Rolex Watch U.S.A., Inc.'s request to compel discovery is granted. Defendants APR57.COM, Inc. d/b/a APR57 and Lee Rosenbloom (collectively, "Defendants") shall serve on Plaintiff's counsel all documents responsive to Plaintiff Rolex Watch U.S.A., Inc.'s First Request for the Production of Document and Things, dated November 15, 2019, no later than 5:00 p.m. on February 3, 2020. Defendants are further ordered to appear, in person, at Plaintiff's counsel's office for their depositions on February 6, 2020 beginning at 10:00 a.m. and to continue until completed.

SO ORDERED.

                                JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
        1/31/20