USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/13/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                   :

ROLEX WATCH U.S.A., INC.,                 :
                                     :

                    Plaintiff,         :

                                     :             19-cv-7514 (LJL)
        -v-                            :

                                     :                ORDER
APR57.COM, INC. d/b/a APR57 and LEE   :
ROSENBLOOM,                  :
                                     :

                    Defendants.      :
                                  X

-----------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

      On February 12, 2020, the parties submitted a proposed judgment and permanent injunction.  Upon review, the Court requires further information from the parties regarding these submissions, and has scheduled a telephonic conference for Tuesday, February 18, 2020 at 9:30 a.m.

      The parties should expect to address the following issues during the conference:

1. The propriety of entry of the judgment under Fed. R. Civ. P. 54(b);

2. The reasons for entering into a permanent injunction in addition to the settlement agreement;

3. The persons to be bound under the permanent injunction in conformance with Fed. R. Civ. P. 65(d);

4. The Court's retention of jurisdiction over a settlement agreement that is not publicly filed.


      SO ORDERED.


Dated: February 13, 2020                _____
       New York, New York              LEWIS J. LIMAN
                                    United States District Judge